# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2015

Robert P. Young, Jr.,
Chief Justice

150307

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SUSAN BAILEY,
      Plaintiff-Appellee,

v

SC: 150307
COA: 321655
Ingham CC: 13-000806-CK

GREAT LAKES MUTUAL INSURANCE
COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 11, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We direct the Court of Appeals' attention to *Ellis v Farm Bureau Ins Co,* 482 Mich 1119 (2008).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2015



t0421

Clerk